IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BOARD OF TRUSTEES, NATIONAL    )
STABILIZATION AGREEMENT OF     )
THE SHEET METAL INDUSTRY       )
TRUST FUND, et al.             )
                               )
        Plaintiffs,            )
                               )
v.                             )        1:14cv97(LMB/TRJ)
                               )
AKS, LLC, et al.               )
                               )
        Defendants.            )

ORDER

On July 7, 2014, a magistrate judge issued a Report and

Recommendation ("Report"), in which he recommended that a

default judgment in the total amount of $14,805.74, consisting

of $6,191.50 in unpaid contributions, $1,238.30 in liquidated

damages, $448.33 in accrued interest, and $6,927.61 in

attorneys' fees and costs be recovered by plaintiffs.

The Report placed the parties on notice that any objections

had to be filed within fourteen (14) days of receipt of the

Report and that failure to file timely objections waived

appellate review of any judgment based on the Report.  As of

July 25, 2014, no objections have been filed.

Having fully reviewed the Report, case file, and

plaintiffs' Motion for Judgment by Default with its attachments,

we find that the Report accurately states the relevant facts and

law.   Therefore, we adopt the findings and conclusions of the

Report and for the reasons stated therein, the plaintiffs'

Motion for Default Judgment is GRANTED, and it is hereby

ORDERED that the plaintiffs' proposed Order and Judgment by

Default will be entered.

The Clerk is directed to enter judgment in the plaintiffs'

favor pursuant to Fed. R. Civ. P. 55 and forward copies of this

Order, along with the Order and Judgment by Default to counsel

of record for plaintiffs and to defendants at the addresses

listed in the case file.

Entered this 28th day of July, 2014.

_____/s/_____

Leonie M. Brinkema
United States District Judge

Alexandria, Virginia